**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-12-02363-001-TUC-JGZ (BGM) |
| Plaintiff, | **ORDER** |
| v. | |
| Clay Justin Crouch, | |
| Defendant. | |

Upon consideration of Defendant's Motion for Release from Custody Pending Evidentiary Hearing on Petition for Habeas Relief (Doc. 92), the Court will set an expedited briefing schedule and will set the matter for hearing. Accordingly,

IT IS ORDERED:

1. The Government's response to Defendant's Motion for Release from Custody Pending Evidentiary Hearing on Petition for Habeas Relief (Doc. 92) is due on or before **January 6, 2021.**

2. This matter is set for hearing on **January 8, 2021 at 2:00 p.m.**

Dated this 18th day of December, 2020.

_____
Honorable Jennifer G. Zipps
United States District Judge